No. 80–1239 (A–640). RAILWAY LABOR EXECUTIVES' ASSN. v. GIBBONS, TRUSTEE, ET AL. Appeal from C. A. 7th Cir. Motion of appellant to expedite consideration of the appeal denied. Application for stay, addressed to JUSTICE REHNQUIST and referred to the Court, denied.

No. 80–5815. IN RE RUTHERFORD;
No. 80–5897. IN RE ROBERTS;
No. 80–5909. IN RE WATKINS;
No. 80–5926. IN RE WELCH;
No. 80–5971. IN RE LIKAKUR;
No. 80–5994. IN RE MAPSON; and
No. 80–6044. IN RE GREEN. Petitions for writs of mandamus denied.

No. 80–5901. IN RE SPHALER. Petition for writ of mandamus and/or prohibition denied.

No. 80–1044. IN RE FISHER. Petition for writ of prohibition and/or mandamus and/or certiorari denied.

No. 80–737. CITIZENS AGAINST RENT CONTROL/COALITION FOR FAIR HOUSING ET AL. v. CITY OF BERKELEY, CALIFORNIA, ET AL. Appeal from Sup. Ct. Cal. Probable jurisdiction noted.

No. 80–1146. ZOBEL ET UX. v. WILLIAMS, COMMISSIONER OF REVENUE OF ALASKA, ET AL. Appeal from Sup. Ct. Alaska. Probable jurisdiction noted.

No. 80–847. COMMON CAUSE ET AL. v. SCHMITT ET AL.; and
No. 80–1067. FEDERAL ELECTION COMMISSION v. AMERICANS FOR CHANGE ET AL. Appeals from D. C. D. C. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 512 F. Supp. 489.